

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2019

No. 04-19-00409-CV

Frederick O. **SILVER**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC., ET AL.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05365
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Because appellant first seeks to appeal the trial court's order on ability to afford costs, we ordered the trial court clerk to file a clerk's record containing only those documents necessary to review the trial court's order on ability to afford costs. On August 8, 2019, the clerk's record was filed in response to our order.

On August 12, 2019, appellant filed a motion requesting this court to order the trial court clerk to provide him with a copy of the record. It is ORDERED that the clerk of this court provide appellant with a paper copy of the clerk's record filed on August 8, 2019. Appellant's motion is MOOT.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2019.



Keith E. Hottle,
Clerk of Court